United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| BRITTNEY STEVENSON, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 6:23-CV-00061 |
| § | |
| WAL-MART STORES TEXAS, LLC, *et al.*, § § § § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On October 16, 2024, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (D.E. 30). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 30), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court:

- **GRANTS** Plaintiff's motion for leave to amend her complaint (D.E. 22);
- **DIRECTS** the Clerk to docket Plaintiff's amended complaint (D.E. 22-2);
- **GRANTS** Plaintiff's motion for remand (D.E. 23); and
- **REMANDS** this case to the 24th Judicial District Court of Calhoun County, Texas for lack of subject-matter jurisdiction.

**ORDERED** on November 26, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE